1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            CENTRAL DISTRICT OF CALIFORNIA

10

11   WILLIAM KIRKPATRICK, JR.,          )          CASE NO. CV 96-0351 WDK
                                         )
12            Petitioner,                )          DEATH PENALTY CASE
                                         )
13            v.                         )          JUDGMENT
                                         )
14   KEVIN CHAPPELL,                     )
     Warden of California State          )
15   Prison at San Quentin,              )
                                         )
16            Respondent.                )
                                         )
17

18        Judgment is hereby entered in favor of respondent and against petitioner.

19

20   Dated: December 23, 2013.

21

22                                        _____
                                          William D. Keller
23                                        United States District Judge

24

25

26

27

28

                                           1